■     THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FLORENCE CAVALLUZZO and HUGO FRANCESE, Appellants.— Judgments unanimously affirmed. Even if we disregard the challenged testimony of Adela Miazga, there is ample evidence to sustain the jury's verdict. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■     In the Matter of the Probate of the Will of MARGARET J. BRENNAN, Deceased. JOSEPH DUNN et al., Respondents; WILLIAM B. COFFMAN et al., Appellants.— Decree affirmed, with costs. No opinion. Concur — Botein, J. P., Cox and Valente, JJ.; Rabin and Frank, JJ., dissent and vote to reverse and remit for a new trial on the ground that the verdict is against the weight of the credible evidence.

■     EDUCATIONAL REVIEWER, INC., et al., Appellants, v. McCALL CORPORATION et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■     LOUIS HARDIN, Professionally Known as " MOONDOG ", Appellant, v. COLUMBIA RECORDS, INC., Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■     ANTHONY DE ANGELIS et al., Copartners Doing Business as DE ANGELIS PACKING Co., Appellant, v. MARTIN AND WILLIAM SMITH, INC., et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondents. No opinion. Concur — Breitel, J. P., Rabin, Cox and Valente, JJ.

■     THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH GUIDICE, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■     THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HOUSTON WHITE, Appellant.— Order unanimously affirmed. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■     In the Matter of the Probate of the Will of JACK GOULD, Deceased. ARTHUR L. GOULD et al., Appellants; ELSIE B. GOULD et al., Respondents.— Decree unanimously affirmed, with costs. No opinion. Concur — Botein, J. P., Rabin, Cox, Frank and Valente, JJ.

■     MARIA TYSK, Respondent, v. LESTER T. DOYLE, as Trustee in Reorganization of Surface Transportation Corporation of New York, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Botein, J. P., Rabin, Frank and Valente, JJ.